IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LENA G. TURTLE, | § | |
| REG. NO.48375-180, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-3087 |
| | § | |
| JOYCE FRANCIS, *et al.*, | § | |
|     Respondents. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, signed on this date, this civil action is DISMISSED WITH PREJUDICE for failure to state a cognizable habeas claim.

This is a FINAL JUDGMENT.

The Clerk will provide copies to the parties.

Signed at Houston, Texas, on December 21, 2005.

 

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE